MADE JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3203-GW(AGRx) | Date | September 11, 2009 |
|---|---|---|---|
| Title | *Colony Insurance Company v. National Relocation Services, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS (IN CHAMBERS):   COURT ORDER**

For reasons stated in the Court's tentative ruling provided to the parties on August 3, 2009 and also for the reasons stated on the record on August 3 and September 10, Fremont General Corporation's ("FGC") motion to refer this matter to the Bankruptcy Court handling the FGC bankruptcy is **granted.** The reference is to be forthwith. FGC's Motion to Intervene in this matter is transferred to the Bankruptcy Court for its ruling on the item.

IT IS SO ORDERED.

:

Initials of Preparer   JG